```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STATE FARM MUT. AUTO. INS. CO.,    :
ET AL.,                            :
                                   :
        Plaintiffs,                :    CIVIL ACTION
                                   :
    v.                             :
                                   :    NO. 15-cv-5929
LEONARD STAVROPOLSKIY, ET AL.,     :
                                   :
                                   :
        Defendants.                :
```

## ORDER

AND NOW, this 17th day of February, 2016, upon consideration of Defendants' Motion to Dismiss (Doc. No. 3), Plaintiffs' Response in Opposition thereto (Doc. No. 13), Defendants' Reply in Further Support thereof (Doc. No. 14), and Plaintiffs' Sur-reply is Further Opposition thereto (Doc. No. 15), it is hereby ORDERED that the Motion is GRANTED without prejudice for the reasons discussed in the accompanying memorandum.

```
                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, J.
```