```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STATE FARM MUT. AUTO. INS. CO.,     :
ET AL.,                             :
                                    :
          Plaintiffs,               :     CIVIL ACTION
                                    :
     v.                             :
                                    :     NO. 15-cv-5929
LEONARD STAVROPOLSKIY, ET AL.,      :
                                    :
                                    :
          Defendants.               :


EASTERN APPROACH REHABILITATION,    :
LLC, ET AL.,                        :
                                    :
          Plaintiffs,               :     CIVIL ACTION
                                    :
     v.                             :
                                    :     NO. 16-cv-1374
STATE FARM MUT. AUTO. INS. CO.,     :
ET AL.,                             :
                                    :
                                    :
          Defendants.               :
```

**ORDER**

AND NOW, this   11th   day of October, 2016, it is hereby ORDERED that Plaintiff-Defendants State Farm are to file in camera and under seal any and all reports, correspondence, memos, emails, and/or other documentation of surveillance performed by Paul H. Dohner and Associates, Inc./DE-TECH ("Dohner") of Defendant-Plaintiffs, as well as copies of any and all correspondence,

1

emails, memos, and/or any other documentation reflecting communications between Dohner and any employee and/or representative of State Farm concerning Defendant-Plaintiffs. These documents will be made available to Defendant-Plaintiffs after the depositions of Dr. Leonard Stavropolskiy and Dr. Joseph Wang.

Further, Plaintiff-Defendant State Farm is ORDERED to provide Defendant-Plaintiffs with records reflecting attendance at any NICB meeting by State Farm employees John Costanzo, Fred Gerstenfeld, Doug Babin, Mario Incollingo, Bryan Acornley, Mike Knox, Craig Dalfarra, Mike Trusdell and/or Adam Godoy in the past five years, regardless of whether Defendant-Plaintiffs were discussed.

By October 18, 2016, the parties shall submit a confidentiality agreement pertaining to the requested documents. If the parties cannot agree on the terms of a confidentiality agreement, then the parties shall submit their respective proposed confidentiality agreements.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.