**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| | : | **No. 2:15-cv-05929** |
| **vs.** | : | |
| | : | **JURY TRIAL** |
| | : | **DEMANDED** |
| **LEONARD STAVROPOLSKIY, P.T., D.C., Et. al.** | : | |
| | : | |

| | | |
|---|---|---|
| **EASTERN APPROACH REHABILITATION, LLC and AQUATIC THERAPY OF CHINATOWN, INC.** | : | **CIVIL ACTION** |
| | : | |
| | : | **No. 2:16-cv-01374** |
| **vs.** | : | |
| | : | **JURY TRIAL** |
| | : | **DEMANDED** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et. al.** | : | |
| | : | |

## MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO COMPEL DISCOVERY RESPONSES & SANCTIONS

The Eastern Approach Entities respectfully incorporate herein by reference the averments

in the accompanying Motion.

Respectfully submitted,
BARATTA, RUSSELL & BARATTA

By: _____APB2_____
ANDREW P. BARATTA, ESQUIRE
Attorney for the Medical Entities
Attorney I.D. #82250
3500 Reading Way
Huntingdon Valley, PA 19006
(215) 914-2222

Date: November 16, 2016