**EXHIBIT "D"**

**CONFIDENTIAL**

**THIS DOCUMENT HAS BEEN PRODUCED DIRECTLY TO THE COURT**