THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| STATE FARM MUT. AUTO. INS. CO., et al. | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| LEONID STAVROPOLSKIY, et al. | : | CASE NO: 15-cv-5929 |
| Defendant | : | |

## RESPONDENT EMIL KHANUKOV'S MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER

Pursuant to the Federal Rules of Civil Procedure, Respondent Emil Khanukov hereby respectfully moves the Court for an Order Quashing Plaintiff's Subpoena (Exhibit 'A'). In the alternative, it is hereby requested that this Honorable Court issue a Protective Order limiting Emil Khanukov's testimony to whether a referral relationship existed between himself and the Defendants.

Pursuant to Local Rule 7.1, accompanying this Motion is a Brief in Support of Defendant's Motion to Dismiss and a proposed Order.

Respectfully submitted,

Dated: July 14, 2017

/s/ Samuel Fishman, Esquire
Samuel Fishman, Esquire (I.D. No.: 78452)
Law Offices of Samuel Fishman, P.C.
11450 Bustleton Avenue
Philadelphia, PA 19116
Telephone: 215-464-4600
Facsimile: 215-464-4600
Attorney for Respondent Emil Khanukov