**EXHIBIT "O"**

**CONFIDENTIAL SENT DIRECTLY TO COURT**