# EXHIBIT "AK"

# CONFIDENTIAL SENT DIRECTLY TO COURT