# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., | : <br> : <br> : |
| Plaintiffs, | : <br> : CIVIL ACTION <br> : |
| v. | : NO. 15-05929 <br> : |
| LEONARD STAVROPOLSKIY, PT., D.C., et al. | : <br> : <br> : |
| Defendant. | : <br> : |
| EASTERN APPROACH REHABILITATION LLC, et al., | : <br> : <br> : |
| Plaintiffs, | : <br> : CIVIL ACTION <br> : |
| v. | : NO. 16-01374 <br> : |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : <br> : <br> : |
| Defendant. | : |

## ORDER

And NOW, this 25th day of September, 2018, upon consideration of Defendants' Motion for Summary Judgment (Doc. 96-2), Plaintiffs' Response thereto (Doc. 100), Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment (Doc. 104), Plaintiffs' Sur-Reply to Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment (Doc. 109), as well as Plaintiffs' Motion for Partial

Summary Judgment (Doc 97), Defendants' Response thereto (Doc. 98), Plaintiffs' Reply to Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment (Doc. 105), and Defendants' Sur-Reply to Plaintiffs' Reply to Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment (Doc. 108), it is hereby ORDERED as follows:

1. Defendant, Leonard Stavropolskiy, PT., D.C., et al.'s Motion for Summary Judgment, Case NO. 15-cv-05929, is DENIED.

2. Defendant State Farm's Motion for Partial Summary Judgment is GRANTED in Case No. 16-cv-01374. Plaintiffs' Eastern Approach Rehabilitation LLC, et al.'s claims for treble damages under Count I of their complaint are dismissed.

BY THE COURT:

s/J. Curtis Joyner_____
J. CURTIS JOYNER, J.